USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/29/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GRAND CRU LIQUID ASSETS, LLC,

                      Plaintiff,

-against-

CHELSEA WINE AND STORAGE, INC., et al.,

                      Defendants.

23-CV-10018 (MMG)

**ORDER**

---

MARGARET M. GARNETT, United States District Judge:

      The Court is in receipt of a letter from Plaintiff's counsel filed in advance of the April 4, 2024 initial pre-trial conference in this matter. *See* Dkt. No. 10. As noted in Plaintiff's letter, Defendants in this action appear to be in default.

      The April 4, 2024 initial pre-trial conference is therefore hereby ADJOURNED *sine die*. Furthermore, Plaintiff is hereby ORDERED to file any motion for default judgment, in accordance with the Court's Individual Rules and Practices (available at https://nysd.uscourts.gov/hon-margaret-m-garnett), **within two weeks of the date of this Order**. If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (i.e., versions of the files in their original format, such as in ".xlsx") to Chambers at GarnettNYSDChambers@nysd.uscourts.gov. If or when a motion for default judgment is filed, the Court will enter a further Order setting a deadline for any opposition and reply and scheduling a show cause hearing. If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute without further notice to the parties.

      Plaintiff is ORDERED to serve a copy of this Order electronically and/or by first-class mail on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

Dated: March 29, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge