USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/15/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GRAND CRU LIQUID ASSETS, LLC,

                Plaintiff,

-against-

CHELSEA WINE AND STORAGE, INC., et al.,

                Defendants.

23-CV-10018 (MMG)

**ORDER SCHEDULING DEFAULT JUDGMENT BRIEFING AND SHOW CAUSE HEARING**

---

MARGARET M. GARNETT, United States District Judge:

On April 11, 2024, Plaintiff filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b).  *See* Dkt. No. 16.

It is hereby ORDERED that Defendants Chelsea Wine and Storage, Inc., The Chelsea Winery, LTD., Amelia Gancarz and Michael Gancarz (collectively, the "Defendants") shall file any opposition to the motion for default judgment by **May 9, 2024**.  Defendants are cautioned that corporate entities may appear in federal court only through licensed counsel, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007), and where such an entity "repeatedly fails to appear by counsel, a default judgment may be entered against it," *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) (internal quotation marks omitted).

It is further ORDERED that Defendants appear and show cause before this Court on **Thursday, May 30 at 9:30 a.m.**, why an order should not be issued granting a default judgment against it.  The conference will be held in person in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.

In the event that Defendants appear or oppose the motion for default judgment prior to that date, the parties shall prepare to treat that conference as the Initial Pretrial Conference.  That is, if any Defendant or Defendants appear, oppose the motion, or seek a *nunc pro tunc* extension of time to respond to the Complaint, then the parties — including any such appearing Defendant — shall follow the pre-conference procedures specified in Rule II(A)(5) of the Court's Individual Rules & Practices, including by submitting a joint letter addressing certain topics and a proposed case management plan no later than the week prior to the conference.

It is further ORDERED that Plaintiff serve Defendants with (1) a copy of the motion for default judgment and all supporting papers; and (2) a copy of this Order by **close of business**

**April 17, 2024**.  Within **two business days of service,** Plaintiffs must file proof of such service on the docket.

Dated: April 15, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge