```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
GRAND CRU LIQUID ASSETS, LLC,

                Plaintiff,

v.

CHELSEA WINE AND STORAGE, INC.,
THE CHELSEA WINERY, LTD.,
AMELIA GANCARZ AND MICHAEL
GANCARZ,

                Defendants.
-------------------------------------------------------x

Civil Action No. 1:23-cv-10018-MMG

## DEFAULT JUDGMENT

This action having been commenced on November 14, 2023 by the filing of the Summons and Complaint, the Summons and Complaint having been served on Defendants Chelsea Wine and Storage, Inc., The Chelsea Winery, LTD., Amelia Gancarz and Michael Gancarz on November 15, 2023, proof of service having been filed on March 19, 2024, and Defendants Chelsea Wine and Storage, Inc., The Chelsea Winery, LTD., Amelia Gancarz and Michael Gancarz having failed to answer or otherwise defend themselves in the above-captioned action, it is hereby

**ORDERED, ADJUDGED AND DECREED** that Plaintiff Grand Cru Liquid Assets, LLC have judgment against Defendants Chelsea Wine and Storage, Inc., The Chelsea Winery, LTD., Amelia Gancarz and Michael Gancarz for damages in the amount of $134,000, with 12% pre-judgment interest from July 19, 2023 of $13,919.80, for a total amount of **$147,919.80**.

2

Dated: New York, New York
      June 3, 2024

_____
MARGARET M. GARNETT, U.S.D.J